No. 339, Misc.   DARNELL   v.   HUDSPETH,   WARDEN.
Supreme Court of Kansas.   Certiorari denied.

No. 342, Misc.   WOFFORD v. RAGEN, WARDEN.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 343, Misc.   CLARK v. RAGEN, WARDEN.   Circuit Court of Lake County, Illinois.   Certiorari denied.

*Rehearing Denied.*

No. 7.   JUNGERSEN v. OSTBY & BARTON CO. ET AL.;
No. 8.   OSTBY & BARTON CO. ET AL. v. JUNGERSEN; and
No. 48.   JUNGERSEN v. BADEN ET AL., 335 U. S. 560; and
No. 90.   HENSLEE, COLLECTOR OF INTERNAL REVENUE, v. UNION PLANTERS BANK & TRUST CO. ET AL., 335 U. S. 595.   Motions for leave to file petitions for rehearing denied.

No. 3.   ESTATE OF SPIEGEL ET AL. v. COMMISSIONER OF INTERNAL REVENUE, 335 U. S. 701.   Rehearing denied.

No. 5.   COMMISSIONER OF INTERNAL REVENUE v. ESTATE OF CHURCH, 335 U. S. 632.   Rehearing denied.

No. 426.   WORLD PUBLISHING CO. v. UNITED STATES, 335 U. S. 911.   Rehearing denied.

Nos. 439 and 440.   UNIVERSAL OIL PRODUCTS CO. v. WILLIAM WHITMAN CO., INC.; and
No. 441.   AMERICAN SAFETY TABLE CO. v. SINGER SEWING MACHINE CO., 335 U. S. 912.   Rehearing denied.

No. 223, Misc.   STORY v. BURFORD, WARDEN, 335 U. S. 894.   Rehearing denied.